G. A. Hutchinson, appellee, v. F. G. Simpson, appellant. Gen. No. 8,668.

Opinion filed September 20, 1933.

Ashcraft & Ashcraft and Charles E. Jack, for appellant; Russell F. Locke, of counsel. J. A. Miller, for appellee; Henry D. Fisher, of counsel.

Mr. Justice Huffman delivered the opinion of the court.

Minnie Kuenzel, administratrix of the estate of Richard Kuenzel, deceased, appellee, v. Chicago Great Western Railroad Company, appellant. Gen. No. 8,419.

Opinion filed September 20, 1933.

Winston, Strawn & Shaw and Harry G. Weaver, for appellant; Ralph M. Shaw, Walter H. Jacobs, Charles J. McFadden, Harry G. Weaver and Joseph C. Sibley, of counsel. John A. Bloomingston, for appellee.

Per curiam.

## THIRD DISTRICT.

Ada Schultz, appellee, v. Pyramid Mutual Life Insurance Company, appellant. Gen. No. 8,620.

Opinion filed May 22, 1933.

J. D. Allen, for appellant. W. R. Jewell, for appellee.

Mr. Presiding Justice Eldredge delivered the opinion of the court.

A. F. Dougherty, appellee, v. John P. Brown, appellant. Gen. No. 8,654.

Opinion filed May 22, 1933.

Edward Pree, for appellant. E. C. Mills and Peter Murphy, for appellee.

Mr. Presiding Justice Eldredge delivered the opinion of the court.